UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAHFIR AZIZ YASEEN, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:23-CV-01042 (OAW) |
| | : |
| BRISTOL POLICE DEPARTMENT, | : |
| CITY OF BRISTOL, and | : |
| BRISTOL POLICE COMMISSION, | : |
| | : |
| Defendants. | : |

## **JUDGMENT**

This action having come before the Court for consideration of the Defendants' motion to dismiss, before the Honorable Omar A. Williams, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, and having granted the Defendants' motion and dismissed the amended complaint with prejudice on September 30, 2024, it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the case with prejudice.

Dated at Hartford, Connecticut, this 30th day of September, 2024.

DINAH MILTON KINNEY, Clerk

By: /s/ Michael Bozek
Michael Bozek
Deputy Clerk

Entered on Docket: 9/30/2024